# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ERIN JUNIOR,**

      **Plaintiff,**

v.                                                          Case No:   6:18-cv-1598-Orl-78EJK

**INFINITY INSURANCE COMPANY,**

      **Defendant.**

_____/

## ORDER

This cause comes before the Court *sua sponte*. On August 30, 2019, Plaintiff Erin Junior and Defendant Infinity Insurance Company filed a Joint Motion for Extension of Time, wherein they requested the Court to enter an order extending the class certification briefing deadlines. (Doc. 38.) The parties averred that good cause existed for the extension because they "were able to reach a settlement agreement in principle," as noticed at Docket Entry 33, and are currently working on memorializing the settlement agreement for the Court's approval. (Doc. 38, ¶¶ 1–3.) The Court granted the Joint Motion and extended the deadlines as follows: September 23, 2019 for Plaintiff's Motion for Class Certification, October 23, 2019 for Defendant's Response, and October 28, 2019 for Plaintiff's Reply. (Doc. 40.) To date, Plaintiff has failed a file a motion for class certification, nor have the parties filed a joint motion for settlement approval.

Accordingly, **on or before November 19, 2019**, the parties are **ORDERED** to file a joint status report indicating whether they intend to file a motion for settlement approval, and if not, how they intend to proceed with litigation in light of the lapsed deadlines.

**DONE** and **ORDERED** in Orlando, Florida on November 12, 2019.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties