UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:18-cv-01598-PGB-TBS

ERIN JUNIOR,

    Plaintiff,

v.

INFINITY AUTO INSURANCE COMPANY,

    Defendant.

_____/

**JOINT STATUS REPORT
SUBMITTED IN RESPONSE TO
ORDER OF NOVEMBER 12, 2019 (D.E. 42)**

    Plaintiff Erin Junior and Defendant Infinity Auto jointly submit this response to the Court's Order (D.E. 42). The parties have exchanged multiple drafts of proposed class settlement documents, and have reached agreement on material terms. The parties are now finalizing the exhibits to the class settlement agreement, and they expect to execute the agreement within eight days, by November 27, 2019. On that date, Plaintiff plans to file a motion for preliminary approval of the class settlement, as well as a request to stay future deadlines.

**CERTIFICATE OF COMPLIANCE**

    On November 19, 2019, pursuant to Local Rule 3.01(g), counsel for Plaintiff and counsel for Defendant met and conferred, and there is no objection to the relief requested herein.

    Dated this 19th day of November, 2019.

Date: November 19, 2019

Respectfully Submitted,

/s/ *Edmund A. Normand*
Edmund A. Normand
FBN: 0865590
NORMAND PLLC
62 W. Colonial Drive, Suite 209
Orlando, FL 32801
407-603-6031
ed@ednormand.com
firm@ednormand.com

Jacob L. Phillips, Esq.
FBN: 0120130
NORMAND, PLLC
62 W. Colonial St., Ste 209
Orlando, FL, 32801
407.603.6031
jacob@ednormand.com

CHRISTOPHER J. LYNCH, P.A.
FBN 331041
915 Red Road, Suite 208
Coral Gables, Florida 33143
Telephone: (305) 443-6200
Facsimile: (305) 443-6204
clynch@hunterlynchlaw.com
lmartinez@hunterlynchlaw.com

Attorneys for Plaintiff

/s/ *Nathan L. Garroway*
Nathan L. Garroway (admitted *pro hac vice*)
DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Email: nathan.garroway@dentons.com
Telephone: 404-527-4391

Robert A. Swift
FBN: 0018518
Christine A. Wasula
FBN: 0148164
COLE, SCOTT & KISSANE, P.A.
Tower Place, Suite 400
1900 Summit Tower Blvd.
Orlando, Florida 32810
robert.swift@csklegal.com
christine.wasula@csklegal.com
Telephone: (321) 972-0075

Attorneys for Defendant