Case 6:18-cv-01598-WWB-EJK   Document 45   Filed 01/14/20   Page 1 of 4 PageID 543

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIN JUNIOR,

Plaintiff,

v.

INFINITY AUTO INSURANCE COMPANY,
a foreign insurance company,

Defendant.
_____/

CASE NO.:
6:18-cv-1598-ORL-40-TBS

<u>CLASS ACTION</u>

**<u>PLAINTIFF ERIN JUNIOR'S NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Plaintiff Erin Junior, by and through the undersigned counsel, respectfully submits this Notice of Supplemental Authority in support of her Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement (D.E. 44).

Plaintiff hereby provides notice to this Court of the entry of the January 6, 2020 Order in the matter of *Jones v. Geico General Ins. Co.,* et. al., M.D. Fla. Case No. 6:17-cv-891-Orl-40LRH, a copy of which is attached hereto as **Exhibit A**, along with the corrected Scheduling Order, which is attached as **Exhibit B**. That Order supports the preliminary approval of the proposed class action settlement in a lawsuit involving similar contract claims and insurance language related to the failure to pay title and registration transfer fees to total loss insureds under actual cash value policies. Both the claims made in the litigation and the terms, form, and content of the proposed Settlement Agreement are similar to this case, and thus support Plaintiff's pending Motion for Preliminary Approval.

Respectfully submitted this 14th day of January, 2020.

**NORMAND PLLC**

*/s/ Ed Normand*
Edmund A. Normand
FBN: 865590
Jacob L. Phillips
FBN: 0120130
3165 McCrory Place, Ste. 175
Orlando, FL 32803
Tel: (407) 603-6031
Fax: (888) 974-2175
ed@ednormand.com
service@normandpllc.com
jacob.phillips@normandpllc.com

**Christopher J. Lynch, P.A.**
Christopher J. Lynch
FBN 331041
6915 Red Road, Suite 208
Coral Gables, Florida 33143
Tel: (305) 443-6200
Fax: (305) 443-6204
Clynch@hunterlynchlaw.com
Lmartinez@hunterlynchlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served via electronic mail upon all parties listed on the attached Service List on the 14th day of January, 2020.

>*/s/ Ed Normand*
>Edmund A. Normand
>NORMAND PLLC
>*Counsel for Plaintiff*

**SERVICE LIST**

Robert Alden Swift
Christine A. Wasula
Cole, Scott, Kissane, P.A.
Tower Place, Suite 400
1900 Summit Tower Blvd.
Orlando, Florida 32810
Telephone (321) 972-0000
Facsimile (321) 972-0099
robert.swift@csklegal.com
christine.wasula@csklegal.com

*Attorneys for Defendant*

Mark L. Hanover (admitted *pro hac vice*)
Kristine Schanbacher (admitted *pro hac vice*)
Dentons US, LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
mark.hanover@dentons.com
kristine.schanbacher@dentons.com

*Attorneys for Defendant*