**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ERIN JUNIOR,

        Plaintiff,

v.                                      Case No:  6:18-cv-1598-Orl-78EJK

INFINITY INSURANCE COMPANY,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement (Doc. 44). U.S. Magistrate Judge Embry J. Kidd submitted a report recommending this Court grant the Motion. (Doc. 56 at 1).

After an independent de novo review of the record and noting that no parties objected, this Court agrees with the findings of fact and conclusions of law in the Report and Recommendation (Doc. 56).

Therefore, it is **ORDERED** and **ADJUDGED**:

1. The Report and Recommendation (Doc. 56) is **ADOPTED** and **CONFIRMED** and incorporated into this Order.

2. Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement (Doc. 44) is **GRANTED**. The Class Action Settlement Agreement is **APPROVED** (Doc. 44-1), and the proposed Order Preliminarily Approving Settlement and Directing Notice to the Class (Doc. 44-1 at 42–52) is **ADOPTED**.

3. While the Class Action Settlement Agreement is noticed to the class members, the Court will extend the stay on the proceedings. (*See* Doc. Nos. 50, 52).

4. The Clerk of Court is directed to administratively close the case.

5. The parties shall move to reopen the case and request the stay be lifted when seeking final approval of the settlement.

**DONE AND ORDERED** in Orlando, Florida on June 22, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record